NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRECK, INC.,**
*Plaintiff-Appellee,*

v.

**RESEARCH & DIAGNOSTIC SYSTEMS, INC. AND TECHNE CORPORATION,**
*Defendants-Appellants.*

---

2011-1044

---

Appeal from the United States District Court for the District of Nebraska in case no. 06-CV-0458, Chief Judge Joseph F. Bataillon.

---

## ON MOTION

---

## ORDER

Streck, Inc. moves for a 14-day extension of time, until April 20, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Counsel for Streck, Inc. should promptly file new entries of appearance indicating

their present firm affiliation if they have not already done so.

FOR THE COURT

**MAR 2 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Floyd R. Nation, Esq.
Kurt J. Niederluecke, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2011

JAN HORBALY
CLERK